IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01560-WDM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$23,700.00 IN UNITED STATES CURRENCY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2009.**

      Plaintiff's Unopposed Motion to Vacate Status Conference [filed July 9, 2009; docket #6] is **granted**.  The Status Conference set for August 21, 2009, is hereby **vacated**.  Plaintiff shall submit a Status Report regarding the progression of this matter on or before **October 16, 2009**.