IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01560-WDM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$23,700.00 IN UNITED STATES CURRENCY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2011.**

      The Claimant's Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cutoff Date [filed March 10, 2011; docket #50] is **granted in part and denied in part**. Claimant's stated reason for a 75-day extension is that preparation for the depositions of two incarcerated persons was/is more involved than expected; however, one deposition has already taken place and the other is scheduled for March 30, 2011. Thus, the Court will grant a limited extension to allow for the second incarcerated person's deposition and another yet to be taken. For good cause shown, the Scheduling Order shall be amended as follows:

Discovery cutoff:                April 15, 2011

All other deadlines and conference dates shall remain the same. No further requests for extension of the scheduling order deadlines will be granted absent a showing of exceptional cause.