**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01560-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,700.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 68). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Afshin Abbasi has filed a Verified Statement in Interest and Answer to the Verified Complaint;

THAT the United States and sole claimant Afshin Abbasi through Ariel Benjamin, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the Defendant property have been filed;

THAT upon agreement of the parties, claimant Afshin Abbasi agrees to forfeit $12,700.00 of Defendant $23,700.00 in United States Currency, which funds will be forfeited pursuant to 21 U.S.C. § 881 and disposed of in accordance with law;

THAT upon agreement of the parties, the United States has agreed to return to claimant Afshin Abbasi, the remaining $11,000.00 of Defendant $23,700.00 in United States Currency;

THAT the facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a judgment and order of forfeiture of Defendant properties under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $12,700.00 of Defendant $23,700.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $12,700.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of Defendant $23,700.00 in United States Currency pursuant to 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

SO ORDERED this __14th__ day of September, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge